```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-12-022 LKK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| COLLEEN LEHR, | Date: March 27, 2012 |
| Defendant. | Time: 9:15 a.m. |
| | Hon. Lawrence K. Karlton |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Colleen Lehr and her attorney, that the status conference hearing set for February 28, 2012, be vacated, and a status conference hearing be set for March 27, 2012 at 9:15 a.m.

This case was recently indicted, and to date the government has produced over 700 documents in discovery. The parties stipulate that the ends of justice are served by the Court excluding the time between February 28, 2012, and March 27, 2012, so that counsel may review the discovery and become familiar with the facts of the case. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of

-1-

due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: February 23, 2012         /s/ Philip Ferrari for
                                 MATTHEW BOCKMON, ESQ.
                                 Attny. for Colleen Lehr


DATED: February 23, 2012         BENJAMIN WAGNER
                                 United States Attorney


                            By:  /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney


   IT IS ORDERED that the status conference currently set for February 28, 2012, is vacated, and a new status conference is set for March 27, 2012, at 9:15 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through March 27, 2012, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

DATED: February 24, 2012

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT