1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   COLLEEN P. LEHR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-12-022 LKK |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) ) | **TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| COLLEEN P. LEHR, | ) ) | Date: July 10, 2012 |
| Defendant. | ) ) | Time: 9:15 a.m. Judge: Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Philip Ferrari, Assistant U.S. Attorney, and defendant, COLLEEN P. LEHR, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference set for Tuesday, June 12, 2012, be vacated and a new status conference / possible change of plea hearing date of Tuesday, July 10, 2012, at 9:15 a.m., be set.

The reason for this continuance is because defense counsel needs additional time for consideration of the forthcoming proposed plea agreement from the government, ongoing review of discovery, and consultation with the client.

It is further stipulated that the time period from the date of this stipulation, June 7, 2012, through and including the date of the new status conference hearing, July 10, 2012, shall be excluded under the Speedy

/ / /

/ / /

| | |
|---|---|
| 1 | Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel |
| 2 | with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance |
| 3 | outweigh the best interests of the public and the defendant in a speedy trial. |
| 4 | DATED: June 7, 2012 |

Respectfully submitted,

BENJAMIN B. WAGNER  DANIEL J. BRODERICK
United States Attorney  Federal Defender

By:

*/s/ Matthew C. Bockmon for*  */s/ Matthew C. Bockmon*
PHILIP FERRARI  MATTHEW C. BOCKMON
Assistant U.S. Attorney  Assistant Federal Defender
Attorney for United States  Attorney for Defendant
  COLLEEN P. LEHR

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 7, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, June 12, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Tuesday, July 10, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 7, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 7, 2012, through and including July 10, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT