```
BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-12-022 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| COLLEEN LEHR, | ) | |
| | ) | Date: September 25, 2012 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Hon. Lawrence K. Karlton |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Colleen Lehr and her attorney, that the status conference hearing set for August 28, 2012, be vacated, and a status conference hearing be set for September 25, 2012 at 9:15 a.m.

The parties stipulate that the ends of justice are served by the Court excluding the time between August 28, 2012, and September 25, 2012, so that counsel for the defendant may continue to review the discovery produced in this case and so that both parties may continue to work towards possible resolution of this matter. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due

-1-

diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: August 27, 2012        /s/ Philip Ferrari for
                              MATTHEW BOCKMON, ESQ.
                              Attny. for Colleen Lehr

DATED: August 27, 2012        BENJAMIN WAGNER
                              United States Attorney


                          By: /s/ Philip Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for August 28, 2012, is vacated, and a new status conference is set for September 25, 2012, at 9:15 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through September 25, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: August 28, 2012        /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT