BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 12-022 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| COLLEEN LEHR, | ) | |
| | ) | Date: October 10, 2012 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Hon. Lawrence K. Karlton |

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Colleen Lehr and her attorney, that the status conference hearing set for September 25, 2012, be vacated, and a status conference hearing be set for October 10, 2012 at 9:15 a.m.

The parties stipulate that the ends of justice are served by the Court excluding the time between September 25, 2012, and October 10, 2012, so that counsel for the defendant may continue to review the discovery produced in this case and so that both parties may continue to work towards possible resolution of this matter. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due

-1-

diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: September 20, 2012        /s/ Philip Ferrari for
                                 MATTHEW BOCKMON, ESQ.
                                 Attny. for Colleen Lehr

DATED: September 20, 2012        BENJAMIN WAGNER
                                 United States Attorney


                            By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

    IT IS ORDERED that the status conference currently set for September 25, 2012, is vacated, and a new status conference is set for October 10, 2012, at 9:15 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through October 10, 2012, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED.**

DATED: September 24, 2012
                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT