1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   COLLEEN P. LEHR

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    No. CR-S-12-022 LKK
                                         )
12              Plaintiff,               )
                                         )    **ORDER AFTER HEARING**
13      v.                               )
                                         )
14                                       )    Judge: Hon. Lawrence K. Karlton
    COLLEEN P. LEHR,                     )
15                                       )
                                         )
16              Defendant.               )
    _____ )

17

18          This matter came on for Status Conference on Wednesday, October 10, 2012, in the courtroom of the

19  Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Philip Ferrari appeared on

20  behalf  of the United States of America.  Assistant Federal Defender Matthew C. Bockmon, appeared on

21  behalf of Defendant COLLEEN P. LEHR, who was present out of custody.

22          A Further Status Conference hearing date of Tuesday, October 30, 2012, at 9:15 a.m., was set.

23          Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should

24  be excluded from October 10, 2012, up to and including October 30, 2012, pursuant to 18 U.S.C. §3161

25  (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

26  in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public

27  and the defendants to a speedy trial.

28  / / /

1

Good cause appearing therefor,

2

IT IS ORDERED that this matter is continued to **Tuesday, October 30, at 9:15 a.m.**

3

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4,

4

the period from October 10, 2012, up to and including October 30, 2012, is excluded from the time

5

computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that

6

the ends of justice served by this continuance outweigh the best interests of the public and the defendants in

7

a speedy trial.

8

Dated: October 15, 2012

9

10

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28