```
 1  BENJAMIN WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 12-022 LKK |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| COLLEEN LEHR, | ) | Date: February 5, 2013 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Hon. Lawrence K. Karlton |
| _____ | ) | |

On January 29, 2013, the defendant appeared before the Court and requested the appointment of new counsel. The defendant's request was granted, and a hearing to address status of counsel was set for February 5, 2013. Based upon the foregoing, the ends of justice are served by the Court excluding the time between January 29, 2013, and February 5, 2013, so that new counsel may be appointed for the defendant and that new counsel may begin to become familiar with the discovery previously produced in this case. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

Accordingly, **IT IS HEREBY ORDERED** that:

Time shall be excluded from computation under the Speedy Trial

Act from January 29, 2013, through February 5, 2013, so that the defendant may obtain new appointed counsel. The interests of justice served by granting this continuance and excluding time under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT