CANDICE L. FIELDS (SBN 172174)
**CANDICE FIELDS LAW**
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant COLLEEN P. LEHR

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLEEN P. LEHR,<br><br>Defendant. | CASE NO. 2:12-cr-00022-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date: May 21, 2013<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILIP A. FERRARI, Assistant United States Attorney, attorney for Plaintiff, and CANDICE L. FIELDS, attorney for defendant COLLEEN P. LEHR, that the status conference set for Tuesday, April 2, 2013, be continued to Tuesday, May 21, 2013, at 9:15 a.m.

The reason for this continuance is because more time is needed for defense counsel to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

It is further stipulated that time period from the date of this stipulation, March 29, 2013, through and including the date of the new status conference hearing, May 21, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161 (H)(7)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATE: March 29, 2013

    Respectfully submitted,


BENJAMIN WAGNER
United States Attorney

By:

*/s/Candice L. Fields for*
PHILIP A. FERRARI
Assistant U.S. Attorney
Attorney for United States



CANDICE FIELDS LAW

*/s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for Defendant
COLLEEN P. LEHR

## **ORDER**

Based on the reasons set forth in the stipulation of the parties filed on March 29, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for April 2, 2013, be vacated and that the case be set for **Tuesday, May 21, 2013,**

1 **at 9:15**. The Court finds that the ends of justice served by this continuance outweigh
2 the best interests of the public and the defendant in a speedy trial. IT IS HEREBY
3 ORDERED that, for the reasons stated in the parties' March 29, 2013 stipulation, the
4 time within which the trial of this matter must be commenced under the Speedy Trial
5 Act is excluded during the time period from the date of this stipulation, March 29,
6 2013, through and including May 21, 2013, pursuant to 18 U.S.C. Section
7 3161(h)(7)(a) & (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 1, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT