CANDICE L. FIELDS (SBN 172174)
**CANDICE FIELDS LAW**
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant COLLEEN P. LEHR

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLLEEN P. LEHR,

Defendant.

CASE NO. 2:12-cr-00022-LKK

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

**Date: August 20, 2013**
**Time: 9:15 a.m.**
**Judge: Lawrence K. Karlton**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILIP A. FERRARI, Assistant United States Attorney, attorney for Plaintiff, and CANDICE L. FIELDS, attorney for defendant COLLEEN P. LEHR, that the status conference set for Tuesday, July 30, 2013, be continued to Tuesday, August 20, 2013, at 9:15 a.m.

The reason for this continuance is because more time is needed for defense counsel to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

It is further stipulated that time period from the date of this stipulation, July 26, 2013, through and including the date of the new status conference hearing, August 20, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161 (H)(7)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATE: July 26, 2013

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

By:

*/s/Candice L. Fields for*
PHILIP A. FERRARI
Assistant U.S. Attorney
Attorney for United States

CANDICE FIELDS LAW

*/s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for Defendant
COLLEEN P. LEHR

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on July 26, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for July 30, 2013, be vacated and that the case be set for **Tuesday, August 20,**

**2013, at 9:15**. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 26, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 26, 2013, through and including August 20, 2013, pursuant to 18 U.S.C. Section 3161(h)(7)(a) & (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 30, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT